IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBERT TEITGEN,<br><br>        Petitioner,<br><br>  vs.<br><br>BRIAN HAWS, Warden,<br><br>        Respondent. | No. C 08-04833 JW (PR)<br><br>ORDER OF TRANSFER |

Petitioner, a California prisoner incarcerated at the California State Prison in Lancaster, filed a <u>pro se</u> petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his state conviction for murder of a police officer, among other crimes, which resulted in a sentence of life without the possibility of parole.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state that contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. <u>See</u> 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of

Order of Transfer
P:\PRO-SE\SJ.JW\HC.08\Teitgen04833_Transfer.wpd

1  justice. See id. The petition indicates that petitioner was convicted in Solano
2  County, which lies within the venue of the Eastern District of California, and that he
3  is confined in Lancaster (Los Angeles County), which lies within the venue of the
4  Western Division of the Central District of California. See 28 U.S.C. 84(b) and (c).

5        Since the petition is directed to the manner in which a sentence is being
6  executed, the district of confinement is the preferable forum. See Dunne v. Henman,
7  875 F.2d 244, 249 (9th Cir. 1989) ("The proper forum to challenge the execution of
8  a sentence is the district where the prisoner is confined."); see also Habeas L.R.
9  2254-3(b) (providing for transfer of venue to district of confinement "if the petition
10 is challenging the manner in which the sentence is being executed"). Because
11 petitioner is confined in the Central District, the petition will be transferred to that
12 district.

13       Accordingly, the above-titled action is hereby TRANSFERRED to the United
14 States District Court for the Western Division of the Central District of California.
15 See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3. In light of this transfer, the
16 Court will defer to the Central District with respect to petitioner's pending motions.
17 (Docket Nos. 2, 3 and 5.)

18       The clerk shall transfer this matter and terminate any pending motions.

20 DATED: January 26, 2009

JAMES WARE
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.JW\HC.08\Teitgen04833_Transfer.wpd        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBERT TEITGEN,<br><br>          Petitioner,<br><br>  v.<br><br>BRIAN HAWS, Warden,<br><br>          Respondent. | Case Number: CV08-04833 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   2/12/2009  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Robert Teitgen V-34664
California State Prison - County (LAC)
44750 60th Street West
Lancaster, Ca 93536-7620

Dated:   2/12/2009

                                          Richard W. Wieking, Clerk
                               /s/ By: Elizabeth Garcia, Deputy Clerk